# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| STACI KREIG ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 5:19-cv-0307-LCB |
| ) | |
| LIFE INSURANCE COMPANY OF ) | |
| NORTH AMERICA ) | |
| ) | |
| Defendant. | |

## ORDER OF DISMISSAL

On May 24, 2019, the parties filed a joint stipulation of dismissal with prejudice with each party to bear its own costs. (Doc. 8). Accordingly, it is **ORDERED** that all claims embraced herein are **DISMISSED WITH PREJUDICE**. The clerk is directed to close this file. Costs are taxed as paid.

**DONE** and **ORDERED** May 24, 2019.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE